IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| RMC DEVELOPMENT, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-cv-00108 (WLS) |
| | : | |
| STATE FARM FIRE AND CASUALTY COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is the Parties' Joint Motion for Protective Order (Doc. 21-1). Therein, the Parties move the Court to enter their Proposed Protective Order to govern potentially protected discovery materials in the case. Generally, the Court agrees that the Proposed Order is proper. However, the Proposed Order makes reference to a "Standing Order Regarding Civil Litigation" and compliance with Section N. of that standing Order. (*See* Doc. 21-1 at 12). But the Middle District of Georgia has no such standing Order, and the Court is unwilling to enter a protective order which incorporates by reference procedures from what appear to be another court. Accordingly, the Joint Motion for Protective Order (Doc. 21-1) is **DENIED**, without prejudice. The Parties may resubmit their motion with alterations consistent with this Order and the Rules of this Court.

**SO ORDERED**, this 24th day of March 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATESDISTRICT COURT**

1